LISA A. RASMUSSEN, ESQ.
Nevada Bar No.7491
THE LAW OFFICES OF KRISTINA
WILDEVELD & ASSOCIATES
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001

Attorneys for Plaintiff Yessica Ortiz

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| YESSICA ORTIZ, | |
| Plaintiff, | CASE NO. 2:20-cv-1816 APG-BNW |
| vs. | **STIPULATION FOR DISMISSAL AS TO ALL PARTIES AND ALL CLAIMS; AND ORDER** |
| SONORAN BARBEQUE NEVADA, LLC; BERTHA LOREA ZAPEDA | |
| Defendants. | |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss Plaintiff's claims against both Bertha Zapeda and Sonoran Barbeque Nevada, LLC, with prejudice.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

There are no counterclaims, cross-claims, or third-party claims by either defendant pending in this civil action. The parties agree that Plaintiff and each of the defendants shall bear their own attorney's fees and costs of suit herein.

| | |
|---|---|
| DATED this 3rd day of December, 2020.<br><br>**RESNICK & LOUIS, P.C.**<br><br>/s/ Troy A. Clark<br>_____<br>Troy A. Clark, Esq.<br>Nevada Bar No. 11361<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br>tclark@rlattorneys.com<br>Attorneys for Defendants<br>*Bertha Zepeda Loera and*<br>*FD Nevada, LLC, dba Famous Dave's* | DATED this 3rd day of December, 2020.<br><br>**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**<br><br>/s/ Lisa A. Rasmussen<br>_____<br>Lisa Rasmussen, Esq.<br>Nevada Bar No. 7491<br>550 E. Charleston Blvd., Suite A<br>Las Vegas, NV 89104<br>Lisa@Veldlaw.com<br>Attorneys for Plaintiff<br>*Yessica Ortiz* |
| DATED this 3rd day of December, 2020,<br><br>LEWIS ROCA ROTHGERBER CHRISTIE, LLP,<br><br>/s/ Ogonna M. Brown<br>_____<br>Ogonna M. Brown, Esq.<br>Nevada Bar No. 7589<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV  89169<br>Attorneys for Defendant<br>*Sonoran Barbeque Nevada, LLC* | |

**ORDER**

Upon the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing,

IT IS HEREBY ORDERED, that the stipulation is <u>approved</u>. Plaintiff's claims against all defendants are hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs herein.

Dated: <u>December 10</u>, 2020.

_____
The Honorable Andrew P. Gordon
United States District Judge